**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 2 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

CITIA WELLS,

      Plaintiff,

vs.

PROGRESSIVE FINANCE HOLDINGS
LLC.

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:16-cv-59-DPM

COMPLAINT

This case assigned to District Judge Marshall
and to Magistrate Judge _____ Ray

Plaintiff, Citia Wells, on behalf of herself (hereinafter "Plaintiff"), by and through her undersigned attorney, hereby sues Defendant, Progressive Finance Holdings LLC (hereinafter "Defendant"), and alleges as follows:

## PRELIMINARY STATEMENT

1.    This is an action for damages arising from Defendant's violations of 47 U.S.C. §227 *et seq.,* the Telephone Consumer Protection Act.

## JURSIDICTION AND VENUE

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331.

3.    Venue is proper in this district under 28 U.S.C §1391(b).

## PARTIES

4.    Plaintiff is a natural person, who at all relevant times has resided in the City of Jonesboro, Arkansas 72401.

5.      Defendant is a corporation doing business in the State of Arkansas, with its corporate address as 11629 South 700 East, Draper, Utah 84020.

## FACTUAL STATEMENT

6.      Plaintiff took out a lease purchase option from Defendant.

7.      When Plaintiff fell behind on her payments for the lease purchase option, Defendant started making telephone calls to Plaintiff in an attempt to collect.

8.      During the end of May 2015, Plaintiff told Defendant to stop all further telephone calls to her.

9.      However, Defendant would continue to call Plaintiff multiple times a day for several weeks thereafter.

10.     When Plaintiff would answer the telephone call from Defendant, Plaintiff would be informed by an artificial voice from Defendant to call a phone number to discuss her account.

11.     On June 11, 2015, a cease and desist letter was faxed to Defendant at 877-966-2888 asking all telephone calls to Plaintiff to cease.

12.     Plaintiff would continue to receive telephone calls, often multiple times per day, in the days thereafter and then at sporadic intervals over the next couple months.

13.     Since Plaintiff's cease and desist request, Defendant called Plaintiff a minimum of forty times on her cellular telephone.

14.     All telephone calls from Defendant to Plaintiff were made to Plaintiff's cellular telephone number ending with the last four (4) numbers of 5073.

15.   The telephone calls made by Defendant originated from the phone numbers 877-898-1790.

16.   The telephone number 877-898-1790 is owned and controlled by Defendant.

17.   Defendant was specifically advised not to continue to call Plaintiff's cellular telephone, but continued to call Plaintiff's cellular telephone repeatedly.

18.   Defendant used an automated dialer to call Plaintiff's cellular telephone number.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
## 47 U.S.C. § 227

19.   Plaintiff repeats the allegations contained in paragraphs 1 through 18 and incorporates them as if specifically set forth at length herein.

20.   Plaintiff revoked any consent for Defendant to call her cellular telephone number that may have existed.

21.   A minimum of forty (40) telephone calls to Plaintiff from Defendant were done utilizing an automated dialer and without Plaintiff's consent.

22.   Defendant's actions constitute a minimum of forty (40) separate violations of 47 U.S.C. §227(b)(1)(A)(iii), to which their falls no exemption to their behavior.

## JURY TRIAL DEMAND

23.   Plaintiff demands a jury trial on all issues so triable.


WHEREFORE, Plaintiff, Citia Wells, respectfully requests that this Court do the following for the benefit of Plaintiff:

3

a.      Enter an Order declaring Defendant's actions, as described above, in violation of the

        TCPA;

b.      Enter judgment against Defendant for all violations of 47 U.S.C. § 227b(1)(A)(iii)

c.      Enter judgment against Defendant for statutory damages for each violation of 47 U.S.C. §

        227b(1)(A)(iii) or treble damages of the Court deems the violations willful; and

d.      Grant such other and further relief as may be just and proper.


Dated this 22nd day of January 2016


                          Respectfully Submitted,

                          *Camille Edmison*

                          Camille Edmison
                          C.M. Edmison-Wilhelmi, PLLC
                          1719 S. Broadway St.
                          Little Rock, AR 72206
                          Telephone: 501-350-9501
                          Email: camille@lrattorney.com

                          Of Counsel to the Firm:
                          Law Offices of Michael Lupolover
                          120 Sylvan Avenue, Suite 300
                          Englewood Cliffs, NJ 07632
                          Telephone: 201-461-0059
                          Facsimile: 201-608-7116