UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| CITIA WELLS,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE FINANCE HOLDINGS LLC,<br><br>    Defendant. | Case No.: 3:16-cv-00059-DPM<br><br>NOTICE OF VOLUNTARY DISMISSAL |

    COMES NOW Plaintiff CITIA WELLS, by and through her attorney of record, Matthew T. Sheffield, Esq., hereby notifies the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as Defendant has not yet entered an appearance in this matter, Plaintiff requests this Court dismiss the action without prejudice.

Date: May 5, 2016

By: /s/ Matthew T. Sheffield
Attorney for Plaintiff
Matthew T. Sheffield
Law Offices of Michael Lupolover, P.C.
120 Sylvan Ave, Suite 300
Englewood Cliffs, NJ 07632
Telephone: 201-461-0059
Email: MS@lupoloverlaw.com