IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CITIA WELLS                                                                      PLAINTIFF

v.                               No. 3:16-cv-59-DPM

PROGRESSIVE FINANCE
HOLDINGS, LLC                                                                 DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 May 2016